*Monday, June 17, 1996*

## MOTION DOCKET

**91–172.** State v. Mills. *Hamilton County,* No. C–880581. On June 11, 1993, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. Appellee has moved that this court set a date for execution of sentence. It appearing to the court that all matters have been disposed of in case No. 91–172, appellant's direct appeal of his conviction; case No. 95–868, appellant's appeal from his application for reopening in the court of appeals; and case No. 94–853, appellant's post-conviction appeal,

IT IS ORDERED by the court, *sua sponte,* effective June 13, 1996, that the stay of execution entered in this cause on June 11, 1993, be and is hereby revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Wednesday, the 11th day of September, 1996, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

**95–2643.** State v. Hodges. *Seneca County,* No. 13–95–16. This cause came on for further consideration of appellant's motion to continue stay of execution of sentence and bail pending disposition by the United States Supreme Court. Upon consideration thereof,

IT IS ORDERED by the court that the motion to continue stay of execution of sentence and bail pending disposition by the United States Supreme Court be, and hereby is, denied.

**96–117.** In re Vaughn. *Franklin County,* No. 95APE05–645. This cause came on for further consideration of appellant's motion for stay of execution of this court's April 24, 1996 judgment entry. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay of execution of this court's April 24, 1996 judgment entry be, and hereby is, denied.

DOUGLAS, J., dissents.

## RECONSIDERATION DOCKET

**96–1039.** Bank One, Columbus, N.A. v. O'Brien. *Franklin County,* No. 95APD08–1094. Reported at 75 Ohio St.3d 1486, 664 N.E.2d 538. On June 10, 1996, appellant filed a document titled "Motion to Reinstate Appeal."

It is determined by the court that appellant's motion is, in essence, a motion for reconsideration of this court's entry of May 15, 1996, and, as such, is untimely. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellant's motion to reinstate appeal be, and hereby is, stricken.

**96–1048.** Mieras v. Fed. Correctional Inst., Inc. In Habeas Corpus. Reported at 75 Ohio St.3d 1481, 664 N.E.2d 534. On May 10, 1996, this court dismissed this cause. On May 28, 1996, petitioner filed a document titled "Notice of Objections and Demands."

IT IS DETERMINED by the court that petitioner's document is, in essence, a motion for reconsideration and, as such, is untimely. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the motion be, and hereby is, stricken.

**96–1088.** Wright v. Fed. Correctional Inst., Inc. In Habeas Corpus. Reported at 75 Ohio St.3d 1487, 664 N.E.2d 539. Upon consideration of petitioner's motion for reconsideration, constructive notice and demand,

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.